**1407-14**

# ELECTRONIC RECORD

COA # 14-13-00330-CR                                          OFFENSE: Capital Murder

STYLE: Jor'Dan Jacqueinn Maurice Lewis v The State of Texas          COUNTY: Galveston

COA DISPOSITION: Affirmed                                     TRIAL COURT: 405th District Court

DATE: September 16, 2014   Publish: Yes                       TC CASE #:11CR2636


## IN THE COURT OF CRIMINAL APPEALS


STYLE: Jor'Dan Jacqueinn Maurice Lewis v The State of Texas

CCA # _____

___APPELLANT'S___   Petition          CCA Disposition: **1407-14**
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

___REFUSED___                         JUDGE: _____

DATE: _02/04/2015_                    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_                   PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**